IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT IN AND FOR
LEE COUNTY, FLORIDA                                             CIVIL DIVISION

NIEVES, ELBA I.,                              CASE NO.: 19-CA-001771

              Plaintiff,          JUDGE: FULLER, JOSEPH C., JR.

vs.

WAL-MART STORES INC.,
a foreign profit corporation,

              Defendant.

---

### PLAINTIFF'S AMENDED COMPLAINT

---

**COMES NOW**, Plaintiff, ELBA I. NIEVES by and through her undersigned attorney and hereby sues the Defendant, WAL-MART STORES, INC., for damages and alleges the following:

### JURISDICTIONAL STATEMENT

1. This is an action for damages in excess of $15,000.00.

2. All conditions precedent to maintaining this action have occurred, or are in the process of occurring.

### IDENTIFICATION OF THE PARTIES

3. The Plaintiff, ELBA I. NIEVES, is a resident of Fort Myers, Lee County, Florida, is over the age of eighteen, and is otherwise sui juris.

4. The Defendant, WAL-MART STORES, INC., is a foreign profit corporation authorized to do, and at all relevant times was doing business in Lee County, Florida, and maintains its agents, apparent agents, employees, servants, borrowed servants and representatives for the transaction of its customary business within the State of Florida.

1 of 9

## FACTS COMMON TO ALL COUNTS

5.  All pertinent events occurred in the City of Cape Coral, Lee County, Florida.

6.  All pertinent events occurred on or about May 7, 2017.

7.  On or about May 7, 2017, the Defendant, WAL-MART STORES, INC., owned, operated, managed and/or maintained or had a duty to own, operate, manage and/or maintain, both individually and by and/or through its agents, servants and/or employees, a certain premise located at: 1619 Del Prado Boulevard South, Cape Coral, Lee County, Florida.

8.  At the aforesaid time and place, the Plaintiff, ELBA I. NIEVES, was lawfully on said premises.

9.  At the aforesaid time and place, the Defendant, WAL-MART STORES, INC., individually and/or by and through its agents, servants and/or employees maintained the aforementioned premises including but, not limited to the food aisle(s), food department(s), entrance(s) and exist(s) to said premises in such a manner where the areas became and/or caused a slippery hazard when liquid had accumulated when left unattended.

10. At the aforesaid time and place, as the Plaintiff, ELBA I. NIEVES, was entering the premises with a shopping cart near the produce department located at: 1619 Del Prado Boulevard South, Cape Coral, Lee County, Florida, she was caused to slip and fall on the floor in the aisle, sustaining severe and permanent injuries.

11. At the aforesaid time and place, the Defendant, WAL-MART STORES, INC., individually and/or by and through its agents, servant and/or employees, had a duty to maintain the aforementioned premises, including but, not limited to the food aisle(s), food department(s), entrance(s) and exist(s), in a reasonably safe condition for persons lawfully on said premises, to included the Plaintiff herein.

12. At the aforesaid time and place, the Defendant, WAL-MART STORES, INC., by and through its agents, servants and/or employees, disregarding their duty, Defendant, WAL-MART STORES, INC. "actually caused" the Plaintiff, ELBA I. NIEVES to slip and fall on the floor sustaining severe and permanent injuries.

## COUNT I

## NEGLIGENCE – WAL-MART STORES, INC.

13. Plaintiff, ELBA I. NIEVES, realleges and incorporates herein by reference, all of the allegations set forth in paragraphs 1 through 12 as though fully set forth herein.

14. Plaintiff, ELBA I. NIEVES, is entitled to relief against Defendant, WAL-MART STORES, INC., based upon the aforementioned facts.

15. Defendant, WAL-MART STORES, INC., had a duty to maintain the floors on the premises located at: 1619 Del Prado Boulevard South, Cape Coral, Lee County, Florida, in a safe manner as a reasonable and prudent business owner.

16. At the said time and place, Defendant, WAL-MART STORES, INC., breached its duty of care to act as a reasonable and prudent business owner when it failed to maintain the floors in a manner that would leave no uncovered wet spots and warning signs on areas of the floors that business invitees, or others approaching/walking on the floors located at: 1619 Del Prado Boulevard South, Cape Coral, Lee County, Florida would not see or recognize.

17. Defendant, WAL-MART STORES, INC., negligently maintained the floors, by failing to place "warning" signs, leaving the floors wet and uncovered, causing Plaintiff, ELBA I. NIEVES, and anyone else approaching or walking on the wet floors, to abruptly "slip and fall," causing severe and permanent injuries to Plaintiff, ELBA I. NIEVES, or others.

eFiled Lee County Clerk of Courts Page 3

18. At the said time and place, "but for" Defendant, WAL-MART STORES, INC.'S act of negligently failing to maintain the floors on which Plaintiff, ELBA I. NIEVES, was walking, Plaintiff, ELBA I. NIEVES, would not have "slipped and fallen" across and/or on the wet, uncovered and unsigned dangerous floor.

19. Defendant, WAL-MART STORES, INC.'S negligent act and lack of floor maintenance, "actually caused" Plaintiff, ELBA I. NIEVES' act of abruptly falling across and/or on the uncovered and unsigned wet and dangerous floor located at: 1619 Del Prado Boulevard South, Cape Coral, Lee County, Florida, causing severe injuries to Plaintiff, ELBA I. NIEVES.

20. Defendant, WAL-MART STORES, INC.'S negligent maintenance of the above-referenced floors, in Cape Coral, Lee County, Florida, also "proximately caused" Plaintiff, ELBA I. NIEVES to "slip and fall" across and/or on the uncovered, unsigned and dangerous floor, in a manner that could have been avoided by reasonable alternative means of maintenance.

21. As a result, of Defendant, WAL-MART STORES, INC.'S negligence, Plaintiff, ELBA I. NIEVES, suffered bodily injury and resulting pain and suffering, disability, mental anguish, loss of capacity, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition.  The losses are either permanent or continuing, and Plaintiff will suffer the losses in the future.  Plaintiff's injuries are serious, and Plaintiff, ELBA I. NIEVES, suffered bodily injury which prevented her from working during the period of time she was incapacitated and seeking medical treatment for her injuries.

eFiled Lee County Clerk of Courts Page 4

## COUNT II

### NEGLIGENCE UNDER DOCTRINE OF RESPONDEAT SUPERIOR

22. Plaintiff, ELBA I. NIEVES, realleges and incorporates herein by reference, all of the allegations set forth in paragraphs 1 through 21 as though fully set forth herein.

23. Plaintiff, ELBA I. NIEVIES' injuries occurred while grocery shopping on Defendant, WAL-MART STORES, INC.'s premises and, occurred while Defendant's maintenance employee(s) and/or manager(s) were acting as an agent within the scope of their employment, or performing their duties and responsibilities as an employee(s) of WAL-MART STORES, INC.'s.

24. Acting as an actual or apparent agent of Defendant, WAL-MART STORES, INC, the maintenance employee(s) and/or manager(s) were given the responsibility to properly maintain, clean, remove, and/or place warning signs near the spilled liquid, in order to protect WAL-MART STORES, INC.'s customers from any and all danger that is open and obvious while shopping in its stores.

25. Defendant, WAL-MART STORES, INC.'s, maintenance employee(s) and/or manager(s) failed to maintain and place "warning" signs on the wet, uncovered/unsigned floors, thereby, the liquid accumulated, rendering the food aisle(s), food department(s), entrance(s) and exist(s) to be dangerous, slippery and unsafe for use. As a result of this dangerous condition, the Plaintiff slipped and fell.

26. The acts described above were committed during normal working hours at the grocery store operated, owned, and/or controlled by the Defendant, WAL-MART STORES INC., located at: 619 Del Prado Boulevard South, Cape Coral, Lee County, Florida, and occurred during the maintenance employee(s) and/or manager(s) working hours.

eFiled Lee County Clerk of Courts Page 5

27. Defendant, WAL-MART STORES, INC., has a duty of care to act as a reasonable, prudent business owner to properly maintain, clean, remove, place warning signs near the spilled liquid and, to warn Plaintiff, ELBA I. NIEVES, of the dangerous conditions.

28. In cases as this, a maintenance employee, manager, and/or agent's improper conduct must be imputed to the master because the employee(s), manager(s) and/or agent are hired to perform the contract of properly maintaining, cleaning, removing, and/or placing "warning" signs near the spilled liquid. By failing to maintain and place "warning" signs on the wet, uncovered/unsigned floors, the maintenance employee(s), manager(s), and/or agent breached their duty as an agent of Defendant, WAL-MART STORES, INC. As a result of this dangerous condition, the Plaintiff, ELBA I. NIEVES, slipped and fell. Therefore, Defendant, WAL-MART STORES, INC., is liable for its maintenance employee(s), manager(s) and/or agent's actions and the consequences thereof.

29. As a direct result of the foregoing, Plaintiff, ELBA I. NIEVES has suffered bodily injury and resulting pain and suffering, disability, mental anguish, loss of capacity, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing, and Plaintiff will suffer the losses in the future.

## COUNT III

### NEGLIGENT HIRING & RETENTION-WAL-MART STORES, INC.

30. Plaintiff, ELBA I. NIEVES, realleges and incorporates herein by reference, all of the allegations set forth in paragraphs 1 through 29 as though fully set forth herein.

31. Upon information and belief, on or about May 7, 2017, Defendant, WAL-MART STORES, INC., selected, hired, and retained employees/agents/representatives, to perform work as commercial cleaning services.

32. Upon information and belief, Defendant, WAL-MART STORES, INC., entrusted its employees/agents/representatives, with its services, when Defendant, WAL-MART STORES, INC., knew or should have known of its employees/agents/representatives, lack of responsibility and follow up in maintaining and placing "warning" signs on the wet surface floors during its work and the responsibilities of its job.

33. As a direct and proximate result of Defendant, WAL-MART STORES, INC.'S, negligent hiring and negligent retention of its employees/agents/representatives, Plaintiff, ELBA I. NIEVES, suffered bodily injuries, resulting in pain and suffering, mental anguish, loss of capacity, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition.  The losses are either permanent or continuing, and Plaintiff, ELBA I. NIEVES, will suffer the losses in the future.

**COUNT IV**

**NEGLIGENT SUPERVISION- WAL-MART STORES, INC.**

34. Plaintiff, ELBA I. NIEVES, realleges and incorporates herein by reference, all of the allegations set forth in paragraphs 1 through 33 as though fully set forth herein.

35. When engaging in the negligent conduct alleged herein, Defendant, WAL-MART STORES, INC., hired employees/agents/representatives, to perform cleaning service work in a shopping center located at: 1619 Del Prado Boulevard South, Cape Coral, Lee County, Florida.

eFiled Lee County Clerk of Courts Page 7

36. Defendant, WAL-MART STORES, INC., entrusted its employees/agents/representatives with its assigned work of its employees/agents/representatives, with full authority and permission to maintain, repair, alter for safety, and follow up with safety precautions to prevent hazardous conditions on the floors located on its work premises located at: 1619 Del Prado Boulevard South, Cape Coral, Lee County, Florida.

37. Defendant, WAL-MART STORES, INC., had a duty to maintain the floors on the premises located at: 1619 Del Prado Boulevard South, Cape Coral, Lee County, Florida, in a safe manner as a reasonable and prudent business owner.

38. Defendant, WAL-MART STORES, INC., breached its duty to exercise due care, as a reasonable and prudent employer, by failing to supervise, prohibit, control or regulate its employees/agents/representative's negligent conduct and inactions.   Defendant, WAL-MART STORES, INC.'S conduct, constitutes negligent supervision which is actionable under Florida law.

39. At the aforesaid time and place, the Defendant, WAL-MART STORES, INC., by and through its agents, servants and/or employees, disregarding their duty, Defendant, WAL-MART STORES, INC. "actually caused" the Plaintiff, ELBA I. NIEVES to slip and fall on the floor sustaining severe and permanent injuries.

40. As a direct and proximate result of Defendant, WAL-MART STORES, INC.'S, negligence in supervision of its employees/agents/representative's failure to maintain and place "warning" signs on the uncovered and unsigned floors involved in this accident, Plaintiff, ELBA I. NIEVES, suffered bodily injuries, resulting in pain and suffering, mental anguish, loss of capacity, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and

aggravation of a previously existing condition.    The losses are either permanent or continuing, and Plaintiff, ELBA I. NIEVES, will suffer the losses in the future.

**WHEREFORE,** the Plaintiff, ELBA I. NIEVES, demands judgment for damages against the Defendant, WAL-MART STORES, INC., in excess of $15,000.00, exclusive of interest and costs, court costs, trial by jury of all issues so triable, and any such other relief as this court deems just.

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY**, that a true and correct copy of the foregoing document was sent to: WAL-MART STORES, INC., on this 30th day of July 2019.

Respectfully submitted,

Victor M. Arias, Esquire
Florida Bar No.: 0879096
Sannestine Fortin, Esquire
Florida Bar No: 103028
ARIAS LAW FIRM, P.A.
3013 Del Prado Blvd., Suite 6
Cape Coral, FL 33904
Tel. (239) 945-2121
Fax. (239) 945-7177
Attorneys for Plaintiff