UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ELBA NIEVES,

    Plaintiff,

v.                                                                    Case No.:  2:19-cv-474-FtM-38NPM

WALMART STORES, INC.,

    Defendant.
_____/

### ORDER[1]

This matter comes before the Court on Defendant's Motion to Dismiss Counts II-V (Doc. 15) filed on July 30, 2019.  Plaintiff filed a Response in Opposition (Doc. 19) on August 8, 2019.  For the following reasons, the Motion to Dismiss is denied as moot.

On July 10, 20109, this case was removed to this Court based on diversity jurisdiction.  On May 1, 2019 (prior to removal), Defendant filed the same Motion to Dismiss the Court is now faced with in state court.  (Doc. 4).  The state court held a hearing on the Motion to Dismiss on June 24, 2019, and the hearing's minutes state that the Motion to Dismiss Counts II-V was granted in part and denied in part, specifically that the Motion was granted as to Counts II and III and denied as to Counts IV and V, and that Plaintiff had 20 days to amend.  (Doc. 1-8).  Defendant acknowledges this procedural

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

history in its mirror-image Motion to Dismiss now before the Court, but simply states that "the executed order was pending at the time of removal but is attached hereto as Exhibit 1" and attaches the state court order on the Motion to Dismiss (Doc. 15-1) as an exhibit. (Doc. 15 at n.1).  Plaintiff did in fact file an Amended Complaint (Doc. 15-2), but it was filed in state court on July 30, 2019 – 20 days after removal.  This appears to have been done in error and Plaintiff filed the Amended Complaint filed in this case on August 29, 2019.  (Doc. 25).

The Court lays out this procedural history because it is somewhat at a loss as to why Defendant re-filed a Motion to Dismiss that the state court ruled on prior to removal, and Defendant offers no help to solve the quandary.  The state court had clearly considered the same Motion to Dismiss that is now before the Court and made findings on the merits of the Motion on the record, which was submitted with Defendant's removal papers (Doc. 1-8).  The fact that the state court later memorialized its findings in a one-page order (Doc. 15-1) simultaneous with removal does not change the fact that upon removal the state court had already made an oral ruling on the Motion to Dismiss following a hearing.  The Court will not now second guess the state court's findings made prior to removal.

Plaintiff raises these problems and includes a Motion for Rule 11 Sanctions within is Response to the Motion to Dismiss (Doc. 19).  In support, Plaintiff argues that the Motion to Dismiss is baseless, without merit, and frivolous because the state court had already ruled on the same issues.  The Court notes that it was improper for Plaintiff to include the Motion for Sanctions within the Response and therefore the Court will not consider the Motion, but it may be re-filed separately.

Accordingly, it is now

**ORDERED:**

(1)   Defendant's Motion to Dismiss Counts II-V (Doc. 15) is **DENIED AS MOOT**.

(2)   The Clerk is directed to docket Plaintiff's Amended Complaint (Doc. 15-2) as a new and separate docket entry.

(3)   Defendant shall file a response to the Amended Complaint by **September 12, 2019**.

**DONE** and **ORDERED** in Fort Myers, Florida this 29th day of August, 2019.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record