UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ELBA NIEVES,

      Plaintiff,

v.                              Case No.:  2:19-cv-474-FtM-38NPM

WALMART STORES, INC.,

      Defendant.

_____/

## ORDER[1]

Before the Court is a Stipulation to Correct Caption and Identify True Name of Defendant (Doc. 55) filed on June 9, 2020.  The parties have agreed to allow Plaintiff to correct the improperly named Defendant Wal-Mart Stores, Inc. to Walmart Stores East, LP.  Because the proper (but currently misnamed) party was originally served and has participated in this case, the Court will allow the technical correction.

Accordingly, it is now

**ORDERED:**

(1)    The Stipulation to Correct Caption and Identify True Name of Defendant (Doc. 55) is **GRANTED**.

(2)    The Clerk shall correct the case heading on the docket sheet to terminate Walmart Stores, Inc. and correct the name by adding Walmart Stores East, LP to the docket with the same counsel.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

**DONE** and **ORDERED** in Fort Myers, Florida this 10th day of June, 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record